**00–1193.   State ex rel. Borger v. Cissell.**

In Mandamus. On September 19, 2000, relator filed a request for an extension of time to file evidence and motion for an oral hearing with witnesses. Whereas a motion for hearing is not a permissible filing by facsimile pursuant to S.Ct.Prac.R. XIV(1)(B)(1),

IT IS ORDERED by the court that the motion for an oral hearing with witnesses be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that the time for filing evidence is hereby extended to September 29, 2000.

## DISCRETIONARY APPEALS ALLOWED